85 P.3d 1108

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**February 17, 2004**

| 25074 | Doe, In re | Affirmed |

**February 27, 2004**

| 25499 | Freitas v. Hawaiian Airlines, Inc. | Affirmed |

**March 4, 2004**

| 24999 | State v. Kwon | Affirmed |

**March 23, 2004**

| 25316 | Doe Children, In re | Affirmed |